**Terrell McCOY, Plaintiff–Appellant,**

v.

**Amy ENLOE, Nurse–Doctor; Cathy Jones, Nurse Perry Correctional Institution; Deborah Murrell, Nurse Perry Correctional Institution; Michael McCall, Warden Perry Correctional Institution; Victoria Balogun, Nurse Perry Correctional Institution; South Carolina Department of Corrections, Defendants–Appellees.**

**No. 10–7760.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 28, 2011.

Decided: July 13, 2011.

Terrell McCoy, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

PER CURIAM:

Terrell McCoy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCoy v. Enloe,* No. 9:09–cv–02958–RMG, 2010 WL 4929341 (D.S.C. Nov. 30, 2010). We deny McCoy's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*